UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LASHINKA DAMON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., a foreign legal ) <br> entity, US BANK N.A., d/b/a/ ELAN ) <br> FINANCIAL SERVICES, a foreign ) <br> legal entity, and TD BANK USA, <br> N.A., a foreign legal entity. <br> <br> Defendants. | CASE NO. 3:23cv485 (OAW) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants hereby stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

                PLAINTIFF

                BY /s/ Kirsten N. Baxter
                _____
                Kirsten N. Baxter, ID No. phv20197
                *Admitted Pro Hac Vice*
                kirsten@baxterlaw.com
                Justin M. Baxter, ID No. phv20169
                *Admitted Pro Hac Vice*
                justin@baxterlaw.com
                BAXTER & BAXTER, LLP
                8835 SW Canyon Lane, Suite 130
                Portland, Oregon 97225
                Telephone (503) 297-9031
                *Attorneys for Plaintiff*

EXPERIAN INFORMATION SOLUTIONS, INC.
By /s/ Brett M. Weinstein
(pro hac vice)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-7854
bweinstein@jonesday.com

US BANK, N.A.
By /s/ Daniel W. Cohen
Daniel W. Cohen (Bar No. CT 30467)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000

TD BANK USA, N.A.
by **/s**/ Samantha R. Millar

Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor,
New York, NY 10022
**O:** 212-471-6245 | **F:** 212-935-1166
SMillar@hinshawlaw.com